UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER GONZALES,** | ) | **CASE NO.  3:06CV3021** |
| | ) | |
| **PETITIONER,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **ERNIE MOORE,** | ) | **MEMORANDUM OPINION** |
| Warden, | ) | **AND ORDER** |
| | ) | |
| **RESPONDENT.** | ) | |
| | ) | |

This matter is before the Court upon a petition for a writ of habeas corpus filed by Christopher Gonzales ("Petitioner"), pursuant to 28 U.S.C. § 2254.  (Dkt. # 1).

On February 28, 2007, this case was automatically referred to Magistrate Judge David S. Perelman for preparation of a Report and Recommendation, pursuant to 28 U.S.C. § 636 and LR 72.1.  (Dkt. # 5).  On March 27, 2008, the Magistrate issued a report and recommendation, recommending that the Court deny the instant petition because the petition is barred by the statute of limitations established by 28 U.S.C. § 2244(d)(1)(A). (Dkt. # 12).  The Magistrate also stated that the petition may be dismissed because Petitioner has failed to exhaust available state remedies for his sole claim for relief, or because Petitioner entered into a plea agreement by which he waived his right to contest his sentence, making his sole claim for relief in the instant petition not cognizable in habeas relief.  (Dkt. # 12).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

The Court has reviewed the report and recommendation of the Magistrate Judge *de novo*, and finds that it is well-supported. Therefore, the Report and Recommendation of Magistrate Judge Perelman (Dkt. # 12) is hereby **ADOPTED**, and Petitioner's petition for a writ of habeas corpus is **DENIED**.

**IT IS SO ORDERED**.

> **/s/ Peter C. Economus – April 16, 2008**
> **PETER C. ECONOMUS**
> **UNITED STATES DISTRICT JUDGE**